NO. 07-03-0415-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 20, 2004

_____

IN THE INTEREST OF S. M. J., J. E. J.
AND J. P. J., CHILDREN
_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 46,820-C; HONORABLE PATRICK PIRTLE, JUDGE
_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant, Michael S. James, joined by appellee Kimberly Dawn James, filed a Motion to Dismiss Appeal on December 15, 2004.

No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs herein having been paid, no order pertaining to costs is made.

James T. Campbell
Justice